**Opinion issued June 12, 2025**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

## NO. 01-24-01021-CV

_____

## WILLIAM B. CALLEDARE, Appellant

## V.

## POST OAK CROSSING OF CO-OWNERS, Appellee

---

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Case No. 1233740**

---

## MEMORANDUM OPINION

Appellant, William B. Calledare, proceeding pro se, filed a notice of appeal from the trial court's October 1, 2024 final judgment. Appellant has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief).

On November 22, 2024, the official court reporter for the County Civil Court at Law No. 3 of Harris County notified the Court that no record was taken in the underlying cause, and the clerk's record was filed on December 2, 2024. Accordingly, appellant's brief was due on January 2, 2025. *See* TEX. R. APP. P. 38.6(a). Appellant failed to timely file a brief.

On January 16, 2025, the Clerk of this Court notified appellant that the time for filing a brief had expired and the appeal was subject to dismissal unless a brief, or a motion to extend time to file a brief, was filed within ten days of the notice. *See* TEX. R. APP. P. 38.8(a) (governing failure of appellant to file brief), 42.3(b) (allowing involuntary dismissal of appeal for want of prosecution), 42.3(c) (allowing involuntary dismissal of case for failure to comply with notice from Clerk of Court). Despite the notice that this appeal was subject to dismissal, appellant did not adequately respond.

Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b), (c); 43.2(f). All pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn, and Dokupil.